**SUPPRESSED FILED**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

AUG 19 2025

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLLINOIS
E. ST. LOUIS OFFICE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | CASE NO. 3:23-cr-30035-SPM |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, | ) | 18 U.S.C. § 2 |
| LEOBARDO ALCARAZ-IBARRA, | ) | ▓▓▓▓▓▓▓▓▓▓ |
| MIGUEL ANGEL ARAMBURO, JR., | ) | 18 U.S.C. § 1956(a)(2)(B)(i) |
| MANUEL BUENROSTRO, | ) | 18 U.S.C. § 1956(h) |
| OSCAR BRYAN CASTRO, | ) | ▓▓▓▓▓▓▓▓▓▓ |
| CARLOS DIAZ, JR., | ) | 21 U.S.C. § 841(a)(1) |
| ALEJANDRO FLORES, | ) | 21 U.S.C. § 841(b)(1)(A) |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, | ) | 21 U.S.C. § 841(b)(1)(A)(ii)(II) |
| KAREN L. GANDARILLAS-CARRENO, | ) | 21 U.S.C. § 841(b)(1)(A)(vi) |
| ROBERTO J. GONZALEZ, JR., | ) | 21 U.S.C. § 841(b)(1)(A)(viii) |
| SABRINA DANIELLE HERRERA, | ) | 21 U.S.C. § 841(b)(1)(B)(vi) |
| MAURO ARMANDO LUNA-RENTERIA, | ) | 21 U.S.C. § 846 |
| LUCIA VIRIDIANA MONTANO, | ) | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, | ) | |
| MEMO PEREZ, | ) | **SEALED** |
| a/k/a "Demecio Perez" | ) | |
| JAQUELINE DESIREE PIIKKILA-VIGUERAS, | ) | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, | ) | |
| EVAN SANCHEZ, | ) | |
| JULIO VILLA-MORALES, | ) | |
| ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ | ) | |
| Defendants. | ) | |

**SUPERSEDING INDICTMENT**

**THE GRAND JURY CHARGES:**

1

At all times relevant to this Indictment:

## INTRODUCTION

1. ████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████

   ■ ████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████

   ■ ████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████████
████████████████████████████

   ■ ████████████████████████
████████████████████████████████
████████████████████████████████

## COUNT 1



## COUNT 2



## COUNT 3
### CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCES: METHAMPHETAMINE, FENTANYL, AND COCAINE

10. Beginning on or about January 2, 2020, and continuing until on or until August 19, 2025, in St. Clair County, within the Southern District of Illinois, and elsewhere,

LEOBARDO ALCARAZ-IBARRA,
MIGUEL ANGEL ARAMBURO, JR.,
MANUEL BUENROSTRO,
OSCAR BRYAN CASTRO,

CARLOS DIAZ, JR.,

████████████,

KAREN L. GANDARILLAS-CARRENO,
ROBERTO J. GONZALEZ, JR.,
SABRINA DANIELLE HERRERA,
MAURO ARMANDO LUNA-RENTERIA,
LUCIA VIRIDIANA MONTANO,

████████████,

MEMO PEREZ, a/k/a "Demecio Perez",
JAQUELINE DESIREE PIIKKILA-VIGUERAS,

████████████,

EVAN SANCHEZ,
JULIO VILLA-MORALES,

████████████,

defendants herein, together and with others, known and unknown to the Grand Jury, did conspire and agree to knowingly and intentionally distribute controlled substances, to wit: methamphetamine, a Schedule II Controlled Substance; a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in the form commonly known as fentanyl, a Schedule II Controlled Substance; and a mixture or substance containing a detectable amount of cocaine, a Schedule II Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

11. It is further alleged that the total amount of methamphetamine involved in the conspiracy was 50 grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

12. It is further alleged that the total amount of a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, in the form

commonly known as fentanyl, involved in the conspiracy was 400 grams or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(vi).

13. It is further alleged that the total amount of a mixture or substance containing a detectable amount of cocaine involved in the conspiracy was 5 kilograms or more, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii)(II).

## COUNT 4
### MONEY LAUNDERING CONSPIRACY

14. Beginning on or about January 2, 2020, and continuing until on or until August 19, 2025, in St. Clair County, within the Southern District of Illinois, and elsewhere,

**CARLOS DIAZ, JR.,
OSCAR BRYAN CASTRO, and
KAREN L. GANDARILLAS-CARRENO,**

defendants herein, and others known and unknown to the grand jury, knowingly and intentionally conspired to transport, transmit, and transfer, and attempted to transport, transmit, and transfer, a monetary instrument and funds involving the proceeds of specified unlawful activity, that is, the sale and distribution of controlled substances, in violation of Title 21 United States Code, Sections 841 and 846, from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer, and attempted transportation, transmission and transfer, represented the proceeds of some form of unlawful activity, and knowing that such transportation, transmission and transfer was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i); all in violation of Title 18, United States Code, Section 1956(h) and Title 18, United States Code, Section 2.

## COUNT 5
### MONEY LAUNDERING CONSPIRACY

15. Beginning on or about January 2, 2020, and continuing until on or until August 19, 2025, in St. Clair County, within the Southern District of Illinois, and elsewhere,

██████████████████████████████████████████████████████
**JAQUELINE DESIREE PIIKKILA-VIGUERAS, and**
██████████████

defendants herein, and others known and unknown to the grand jury, knowingly and intentionally conspired to transport, transmit, and transfer, and attempted to transport, transmit, and transfer, a monetary instrument and funds involving the proceeds of specified unlawful activity, that is, the sale and distribution of controlled substances, in violation of Title 21 United States Code, Sections 841 and 846, from a place in the United States to and through a place outside the United States, knowing that the monetary instrument and funds involved in the transportation, transmission and transfer represented the proceeds of some form of unlawful activity, and knowing that such transportation, transmission and transfer, and attempted transportation, transmission, and transfer, was designed in whole and in part to conceal and disguise the nature, the location, the source, the ownership, and the control of the proceeds of specified unlawful activity, in violation of Title 18, United States Code, Section 1956(a)(2)(B)(i); all in violation of Title 18, United States Code, Section 1956(h) and Title 18, United States Code, Section 2.

7

## COUNT 6



## COUNT 7

█████ █ ███████████████████████████

 █ █████████████████████████████████

█████

          ██████████

██████████████████████████████████
██████████████████████████████████
██████████████

█ ████████████████████████████████

██████████████████████████████

**A TRUE BILL**

████████
████████████

_____
KARELIA S. RAJAGOPAL
Assistant United States Attorney

Digitally signed by
STEVEN WEINHOEFT
Date: 2025.08.18 17:26:46
-05'00'
_____
STEVEN D. WEINHOEFT
United States Attorney

Recommended Bond: DETENTION

9